IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01745<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br>Tatum v. AbbVie Inc., et al.<br><br>Civil Action No. 1:15-cv-07897 | |

## UNNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff is currently represented by two law firms in two cases pending in this MDL. Plaintiff's case numbers are 1:15-cv-07897 and 1:15-cv-10770. Upon agreement of the firms, the underlying plaintiff involved and with the Defendant's consent to this dismissal, the Law Offices of Baird Brown, P.C. will continue to represent Plaintiff in this litigation under the case number 1:15-cv-10770.

WHEREFORE Plaintiff respectfully requests the Court dismiss this action without prejudice.

Respectfully submitted this 3rd day of March, 2016.

> */s/ Bobby J. Bell, Jr.*
> Attorney for Plaintiff
> Hollis, Wright, Clay & Vail, P.C.
> 2201 Morris Avenue
> Birmingham, AL 35203
> Telephone: (205) 324-3600
> Email: bob@hollis-wright.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of March, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record.

*/s/ Bobby J. Bell, Jr.*
Attorney for Plaintiff
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Phone: (205) 324-3600
Email: bob@hollis-wright.com